PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LAURA NOVOTNY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Civil No. 2:23-cv-01880-CKD<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 10 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due January 29, 2024. Defendant previously received one extension of this deadline.

2. Counsel for the Commissioner has referred this matter to his client for consideration of defensibility. Counsel is currently awaiting a response regarding whether settlement would be appropriate. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Date: *January 31, 2024*                   LAW OFFICES OF FRANCESCO BENAVIDES

                                           By:   */s/ Caspar Chan for Francesco Benavides* *
                                           FRANCESCO BENAVIDES
                                           *Authorized by email on January 31, 2024*
                                           Attorneys for Plaintiff


Date: *January 31, 2024*                   PHILIP A. TALBERT
                                           United States Attorney
                                           Eastern District of California

////
////
////
////
////

By:   /s/ Caspar Chan
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  January 31, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE