PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LAURA NOVOTNY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Civil No. 2:23-cv-01880-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: February 7, 2024                LAW OFFICES OF FRANCESCO BENAVIDES

                            By:   /s/ Caspar Chan for Francesco Benavides *
                                  FRANCESCO BENAVIDES
                                  *Authorized by email on February 7, 2024
                                  Attorneys for Plaintiff

Date: February 7, 2024                PHILIP A. TALBERT
                                      United States Attorney
                                      Eastern District of California

                            By:   /s/ Caspar Chan
                                  CASPAR CHAN
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: February 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE